# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| A.P., *a minor,* | : | No. 4:16-CV-1153 |
| P.T., *as parent and guardian of A.P.,* | : | |
| | : | |
| Plaintiffs, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| SHAMOKIN AREA SCHOOL DISTRICT, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 5th day of October 2017, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' Motion for Summary Judgment is GRANTED to the extent delineated in the accompanying Memorandum Opinion. December 1, 2016, ECF No. 14.

2. Defendant's Motion for Summary Judgment is DENIED to the extent delineated in the accompanying Memorandum Opinion. December 1, 2016, ECF No. 12.

3. Plaintiffs are awarded $3,338.80 in attorney's fees and $681.00 in costs to be paid by December 5, 2017.

4. The Clerk of Court is directed to enter final judgment in favor of Plaintiffs and against Defendant and close this case.

5. The Clerk of Court is directed to docket this Order as a "written opinion," pursuant to the E-Government Act of 2002.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge